GILBERT T. RAFFERTY, Respondent, *v.* ALEXANDER R. PEACOCK, Appellant.

*Rafferty* v. *Peacock,* 152 App. Div. 903, appeal dismissed.
  (Submitted December 9, 1912; decided December 17, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to reform a deed.

The motion was made upon the grounds that the appeal was from an unanimous affirmance by the Appellate Division; that permission to appeal had not been

obtained, and that no questions were involved which the Court of Appeals had jurisdiction to review.

*John O'Leary* for motion.

*A. Raymond Cornwall* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.